UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE +
\+ Case No. 20-31632
KATRINA THORPE ADAMS +
    Debtor +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents PMI River Region, Inc., a creditor in this cause, and requests notice.

Respectfully submitted,

/s/ Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Stephen L. Klimjack | Sabrina L. McKinney, Trustee |
| 1252 Dauphin St. | P.O. Box 173 |
| Mobile, AL 36604 | Montgomery, AL 36101 |

/s/ Larry Darby
Larry E. Darby